No. 91–64.   ESTELLE, WARDEN *v.* WASKO.   C. A. 9th Cir.   Certiorari dismissed under this Court's Rule 46.

No. 90–1639.   UNITED STATES *v.* WIDDOWSON ET AL.   C. A. 10th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Touby* v. *United States,* 500 U. S. 160 (1991).

No. 90–1853.   NATIONWIDE CORP. ET AL. *v.* HOWING CO. ET AL. C. A. 6th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Virginia Bankshares, Inc.* v. *Sandberg,* 501 U. S. 1083 (1991).

No. 90–1864.   NEW YORK STATE DEPARTMENT OF HEALTH *v.* ANDRULONIS, INDIVIDUALLY, AND AS CONSERVATOR OF THE PROPERTY OF ANDRULONIS, ET AL.   C. A. 2d Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Gaubert,* 499 U. S. 315 (1991).

No. 90–1936.   PARKER SOLVENTS CO., INC. *v.* ROYAL INSURANCE COMPANIES OF AMERICA, FORMERLY ROYAL GLOBE INSURANCE CO.   C. A. 8th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Salve Regina College* v. *Russell,* 499 U. S. 225 (1991).